IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR167 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| JAMES ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

Construed as a motion,

IT IS ORDERED that the affidavit of a third party (filing 170) is denied.

DATED this 18th day of May, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge