IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR167-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JAMES ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's renewed motion for release pending sentencing (filing 178) is denied.

DATED this 7th day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge