IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR167-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JAMES ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

After careful review and consideration,

IT IS ORDERED that David Herzog's motion and application for leave to withdraw as retained counsel for defendant (filing 190) is denied.

July 12, 2005.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge