IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR167 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| JAMES ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

Various motions and requests are pending before me. I will now rule upon those motions and requests.

IT IS ORDERED that:

(1) The motion to appeal in forma pauperis (filing 214 part 2) is granted.

(2) The motion for release from confinement pending appeal (filing 214 part 1) is denied.

(3) The motion for leave to withdraw as counsel (filing 212) is denied without prejudice to reassertion to the Court of Appeals.

(4) The request for transcript to be paid pursuant to the Criminal Justice Act (filing 215) is granted.

August 18, 2005.                                BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge