IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR167 |
| | ) | |
| V. | ) | |
| | ) | |
| JAMES ANDERSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the defendant's arraignment and disposition hearing are rescheduled to March 4, 2010, at 12:00 noon before Judge Kopf. The defendant shall be present for the hearing.

    DATED this 25th day of January, 2010.

                                                   BY THE COURT:

                                                   *Richard G. Kopf*
                                                   United States District Judge